# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia
Waycross Division

| | |
|---|---|
| United States of America<br>v.<br><br>Christian Seth Cox<br><br>Date of Original Judgment: March 30, 2015<br>Date of Previous Amended Judgment: February 1, 2017<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>) Case No: 5:14-cr-00007-1<br>)<br>) USM No: 18891-021<br>)<br>)<br>) Ronald E. Harrison, II<br>) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(1)(B) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the First Step Act of 2018 pursuant to Pub. L. No. 115-391, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ **DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated February 1, 2017, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: DEC. 30, 2019

*Judge's signature*

Effective Date: _____

William T. Moore, Jr.
Judge, U.S. District Court

*(if different from order date)*    *Printed name and title*

[FILED U.S. DISTRICT COURT SAVANNAH DIV. 2020 JAN -6 AM 9:20 CLERK SO. DIST. OF GA.]